UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                            )
CHERNYAVSKIY PAVEL,                    )
                                                            )   No. C13-938RSL
                            Petitioner,           )
         v.                                             )
                                                            )   ORDER DISMISSING PETITION
NATHALIE ASHER, Field Office Director )   AS MOOT
Immigration and Customs Enforcement, )
                                                            )
                            Respondent.       )
_____)

This matter comes before the Court on a Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge. Having now reviewed the Report and Recommendation and the remainder of the file, the Court finds as follows:

(1) On August 28, 2013, petitioner appeared at a merits hearing before an immigration judge and was released from INS custody on the same date. See Declaration of Scott Bushnell, Dkt. # 10.

(2) On September 16, 2013, Magistrate Judge Brian A. Tsuchida entered his Report and Recommendation, Dkt. # 8.

(3) On September 23, 2013, the Report and Recommendation was returned unopened from the NW Detention Center in Tacoma, WA., as plaintiff was no longer detained.

ORDER DISMISSING PETITION AS MOOT

It is therefore ORDERED that since the petitioner is no longer detained his Petition for Writ of Habeas Corpus is DISMISSED as moot.

DATED this 27th day of September, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING PETITION AS MOOT        -2-